## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-30651 |
| | ) | Chapter 7 |
| Altendorf Transport, Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| Andrew Murray, Tim Chapman, | ) | |
| Ruan Gouws, Hugh Barron, | ) | |
| Raymond Owen, Morne Vivier, | ) | |
| Dorin Butnariu, Andre Marneweck, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversary No. 15-7002 |
| | ) | |
| Altendorf Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Debtor/Defendant Altendorf Transportation, Inc. filed a Motion to Dismiss [Doc. 5], asserting that this Court lacks jurisdiction over plaintiffs' complaint and causes of action because they are moot.  Specifically, Debtor argues that plaintiffs' causes of action seeking denial of discharge do not raise an actual controversy because the Bankruptcy Code does not grant a discharge under Chapter 7 to corporations.  Based on Debtor's admission that it is a corporation not entitled to a discharge under Chapter 7, plaintiffs agree that their claims are moot and request the Court to dismiss their case.

Therefore, IT IS ORDERED that Debtor's Motion to Dismiss [Doc. 5] is granted.  This case is dismissed.  Judgment may be entered accordingly.

Dated: June 12, 2015.

/s/   SHON HASTINGS
Shon Hastings, Judge
United States Bankruptcy Court